UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:                                                                                    CHAPTER 13

JAMES STEPHEN O'ROURKE,                                            CASE NO. 19-21049
*DBA O'ROURKE & DAUGHTERS*
*MARINE LLC*                                                                       July 30, 2019

       Debtor.

## OBJECTION TO CONFIRMATION

Wells Fargo Bank, N.A. ("Movant" or "Creditor"), a secured creditor in the above bankruptcy case on property located at 56-58 House St, Glastonbury, CT 06033 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1.    Debtor's Plan understates the prepetition arrearage amount owed to Creditor as $78,000.00. The actual prepetition arrearage amount owed to Creditor is approximately $83,477.06. Such understatement renders Debtor's current Plan, as proposed, infeasible and would require an increased payment to the Trustee totaling at least $1,391.29 to pay Creditor's claim within sixty (60) months.

2.    Movant reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

3.    Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

Wells Fargo Bank, N.A.

By: */s/A. Michelle Hart Ippoliti*
A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120
Federal Bar No. ct30603

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

## CERTIFICATION

      I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this twenty-sixth day of July, 2019 to:

James Stephen O'Rourke
58 House Street
Glastonbury, CT 06033
(Debtor)

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford 06106
(Trustee)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510


Dated: July 30, 2019                    By:   /s/A. Michelle  Hart Ippoliti
                                                                A. Michelle  Hart Ippoliti, Esq.
                                                                McCalla Raymer Leibert Pierce, LLC
                                                                50 Weston Street, Hartford, CT 06120
                                                                (860) 808-0606
                                                                Federal Bar No. ct30603