**Fill in this information to identify the case:**

Debtor 1    James Stephen O'Rourke

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Connecticut

Case number   19-21049

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date
of this notice
10/15/2019

**New total payment:**
Principal, interest, and escrow, if any
$ 1433.39

**Last 4 digits** of any number you use to
identify the debtor's account:
8   4   2   2

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____     New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ 4.65000 %     New interest rate: _____ 4.65000 %

   Current principal and interest payment: $ 785.48 _____     New principal and interest payment: $ 844.39 _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

James Stephen O'Rourke
First Name        Middle Name        Last Name
19-21049

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Edina Hadzic _____        Date  08/02/2019

Signature

Print: HADZIC, EDINA _____        VP Loan Documentation _____

First Name        Middle Name        Last Name        Title

Company  Wells Fargo Bank, N.A. _____

Address  MAC N9286-01Y _____

Number        Street

1000 Blue Gentian Road _____

Address 2

Eagan _____        MN _____        55121-7700 _____

City        State        ZIP Code

Contact phone  800-274-7025 _____        NoticeOfPaymentChangeInquiries@wellsfargo.com _____

Email

Official Form 410S1        **Notice of Mortgage Payment Change**        page **2**

# UNITED STATES BANKRUPTCY COURT

District of Connecticut

Chapter   13   No.  19-21049

Judge:  James J. Tancredi

In re:

James Stephen O'Rourke

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before August 05, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

James Stephen O'Rourke
58 House Street

Glastonbury CT 06033

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Patrick Crook

10 Columbus Boulevard, 6th Floor

Hartford CT 06106

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Roberta Napolitano

10 Columbus Boulevard
6th Floor
Hartford CT 06106

/s/Edina Hadzic

VP Loan Documentation

Wells Fargo Bank, N.A.

*WELLS FARGO HOME MORTGAGE*
*RETURN MAIL OPERATIONS*
*PO BOX 14472*
*DES MOINES, IA  50306*



| | **Account Information** | |
|---|---|---|
| **Fax:** | (866) 278-1179 | |
| **Telephone:** | (866) 234-8271 | |
| **Correspondence:** | PO Box 10335 | |
| | Des Moines, IA 50306 | |
| **Hours of Operation:** | Mon - Fri, 6 a.m. - 10 p.m., | |
| | Sat, 8 a.m. - 2 p.m., CT | |
| **Loan Number:** | | |
| **Property Address:** | 56-58 House St | |
| | Glastonbury CT 06033 | |

JAMES S O'ROURKE
58 HOUSE ST
GLASTONBURY, CT 06033

August 1, 2019

| **Changes to Your Mortgage Interest Rate and Payments on October 15, 2019.** |
|---|

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one month period during which your interest rate stayed the same. That period ends on September 15, 2019, so on that date your interest rate changes. After that, your interest rate may change every month for the rest of your loan term.  Even though your interest rate adjusts every month, your payment adjusts every twelve months.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | **4.65000%** | **4.65000%** |
| Principal | $288.24 | $349.39 |
| Interest | $497.24 | $495.00 |
| Escrow | $589.00 | $589.00 |
| **Total Monthly Payment** | **$1,374.48** | **$1,433.39**<br>**(due October 15, 2019)** |

**Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is 1.70000% and your margin is 2.95000%. Your "Cost Of Savings" index is published monthly by the Wells Fargo Bank.

**Interest Rate Limits:** Your interest rate cannot go higher than 12.25000% during the life of the loan. Your interest rate cannot go lower than 2.95000% during the life of the loan.

**Account Information**

**Loan Number:**

**Property Address:**   56-58 House St
Glastonbury CT 06033

| |
|---|
| **Changes to Your Mortgage Interest Rate and Payments on October 15, 2019.** |

**New Interest Rate and Payment:**  The table above shows your new interest rate and new monthly payment. Your new payment is based on the payment rate of 4.65000%, a projected loan balance of $127,742.09 and a remaining loan term of 216  months. Your payment can increase by no more than 7.50000% from the Current Payment.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:**  None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*Bethanne R Ross*

Bethanne R Ross
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AR152  708   0592